**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:

RENE ESQUIVEL,

        Debtor.

Case No. 23-10376-B-7

FEC-1

Hearing: Department A (Sacramento)

Judge: Fredrick Clement

**Findings of Fact and Conclusions of Law and Order Requiring Disgorgement of Fees and Setting Further Hearing**

Findings of Fact and conclusions of law:

1. this court has authority to disgorge fees where the compensation received exceeds the reasonable value of the services rendered, 11 U.S.C. § 329(b);

2. Joel D. Winter is counsel of record ("counsel of record") for the debtor in this Chapter 7;

3. as a part of that representation, counsel of record received a retainer of $2,000 from the debtor's brother (name unknown);

4. on an emergency basis to stop a foreclosure sale scheduled that morning, February 28, 2023, attorney Winter filed a Chapter 7 skeletal petition to "buy more time," Decl. Winter ¶ 3, ECF No. 19, and creditors' matrix (3 creditors); a certificate of credit counseling was not provided; other than a few telephone calls to foreclosing trustee, the mortgage creditor, and the debtor, nothing else was done in this case;

5. neither schedules and statements, nor a Chapter 13 plan, was filed;

6. the meeting of creditors was not convened;

7. on March 20, 2023, the Clerk of the Court dismissed the case for failure to file the documents required by Federal Rule of Bankruptcy Procedure 1007;

8. after notice and a hearing, the court has set the reasonable value of the services and the costs incurred by counsel of record at $1,138 (3.2 hour x $250 per hour plus costs of $338); and

9. as a consequence of those findings of fact, the

compensation received by counsel of record received exceeds the reasonable value of services rendered and costs incurred by $862.00.

It is hereby ordered that:

1. not later than May 15, 2023, Joel Winter shall disgorge the sum of $862.00 to the debtor's brother (name not provided);

2. not later than May 22, 2023, Joel Winter shall file a declaration and an authenticated copy of the check or other document showing disgorgement to the debtor's brother; and

3. on **May 30, 2023, 2023, at 1:00 p.m.**, the court will hold a further hearing to ensure compliance with the terms of this order; Joel Winter are ordered to appear, personally or by means of remote transmission, e.g., telephone or other electronic means, pursuant to General Order 23-02, **before Judge Fredrick E. Clement, Chief Bankruptcy Judge, at Department A, Courtroom 28, Seventh Floor, United States Courthouse, 501 I Street, Sacramento, California**; and

4. if the court is satisfied that the attorney and/or firm has complied with this order, the court will issue an order dropping the hearing from calendar; respondent attorney and/or firm should check the court's prehearing dispositions to ascertain whether an appearance will be required.

Dated: May 01, 2023

_____
Fredrick E. Clement
United States Bankruptcy Judge

3

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| **Debtor**(s) | **Attorney for the Debtor**(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | **Office of the U.S. Trustee**<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 |